# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**
October 27, 2020

Lyle W. Cayce
Clerk

No. 19-10277
Summary Calendar

BRIDGET BROWN PARSON,

*Plaintiff—Appellant*,

*versus*

SELECT PORTFOLIO SERVICING; U.S. BANK; MACKIE WOLF
LAW FIRM, *Professional and Individual*; STEPHEN WU; JESSICA
HOLT; CHELSEA SCHNEIDER, *et al*; BANKRUPTCY COURT; JUDGE
HARLIN HALE, *Professional and Individual*,

*Defendants—Appellees*.

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:18-CV-774

Before STEWART, GRAVES AND HIGGINSON, *Circuit Judges*.

PER CURIAM:*

Bridget Brown Parson moves for leave to proceed in forma pauperis
(IFP) in her appeal from the dismissal with prejudice of her civil complaint

---

* Pursuant to 5TH CIRCUIT RULE 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIRCUIT RULE 47.5.4.

for want of prosecution. By seeking leave to proceed IFP in this court, Parson is challenging the district court's denial of leave to proceed IFP and certification that her appeal would be frivolous and not taken in good faith. *See Baugh v. Taylor*, 117 F.3d 197, 202 (5th Cir. 1997). Our inquiry into an appellant's good faith "is limited to whether the appeal involves legal points arguable on their merits (and therefore not frivolous)." *Howard v. King*, 707 F.2d 215, 220 (5th Cir. 1983) (internal quotation marks and citation omitted).

Parson's pleadings in this court fail to address the propriety of the district court's dismissal with prejudice and its certification decision that this appeal is not taken in good faith. Her failure to identify any error in the district court's analysis has the same effect as if she had not appealed. *See Brinkmann v. Dallas Cnty. Deputy Sheriff Abner*, 813 F.2d 744, 748 (5th Cir. 1987). Accordingly, Parson's IFP motion is DENIED, and her appeal is DISMISSED as FRIVOLOUS. *See Baugh*, 117 F.3d at 202; *Howard*, 707 F.2d at 220; 5TH CIR. R. 42.2.